IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REMOVAL

United States of America,

    Plaintiff,

v.

Bradley John Peltz,

    Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: DULCE J. FOSTER
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 26-mj-86 DJF |
| Date: | January 26, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | 8E |
| Time Commenced: | 3:53 p.m. |
| Time Concluded: | 4:01 p.m. |
| Time in Court: | 8 minutes |

**APPEARANCES:**

Plaintiff: Benjamin Bejar, Assistant U.S. Attorney
Defendant: Lisa Lopez, Assistant Federal Defender
  X  FPD  X To be appointed

  X  Advised of Rights

on X  Supervised Release Violation
X Date charges or violation filed: 1/16/2026
X Current Offense: absconded from halfway house
X **Charges from other District:** District of Alaska
X Title and Code of underlying offense from other District:  18:2113(a)
X Case no: 3:23-cr-38 SLG

X Government moves for a detention hearing.  X Granted.

Next appearance date is Thursday, January 29, 2026 at 3:30 p.m. before U.S. Magistrate Judge Dulce J. Foster, CR 8E Mpls for:
X  Detention hrg X  Preliminary revocation hrg


X  Removal hearing waived
X  Removal Order to be issued

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice given.

                        s/jam
                   Signature of Courtroom Deputy